# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PENSACOLA DIVISION

MICHAEL ANDRE PEAVY
    Plaintiff,

vs                      CASE NO: 3:17cv766LAC/EMT

ESCAMBIA COUNTY JAIL,
    Defendant.
_____\

## **ORDER**

This cause comes on for consideration upon the Chief Magistrate Judge's Report and Recommendation dated October 25, 2019 (ECF No 18). Plaintiff has been furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that it should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Chief Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. This case is **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

**DONE AND ORDERED** this 10th day of December, 2019.

    *s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**